# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1179

Minnesota Telecom Alliance

Petitioner

v.

Federal Communications Commission and United States of America

Respondents

No: 24-1183

Missouri Internet & Television Association

Petitioner

v.

Federal Communications Commission and United States of America

Respondents

No: 24-1301

Ohio Telecom Association

Petitioner

v.

Federal Communications Commission and United States of America

Respondents

No: 24-1304

Ohio Cable Telecommunications Association

Petitioner

v.

Federal Communications Commission and United States of America

Respondents

No: 24-1309

Florida Internet & Television Association

Petitioner

v.

Federal Communications Commission and United States of America

Respondents

No: 24-1315

Broadband Association of Alabama and Mississippi

Petitioner

v.

Federal Communications Commission and United States of America

Respondents

No: 24-1317

Benton Institute for Broadband & Society

Petitioner

v.

Federal Communications Commission and United States of America

Respondents

No: 24-1319

Media Alliance and Great Public Schools Now

Petitioners

v.

Federal Communications Commission and United States of America

Respondents

No: 24-1354

Chamber of Commerce of the United States of America, et al.

Petitioners

v.

Federal Communications Commission and United States of America

Respondents

No: 24-1362

Texas Cable Association

Petitioner

v.

Federal Communications Commission and United States of America

Respondents

No: 24-1364

Texas Telephone Association

Petitioner

v.

Federal Communications Commission and United States of America

Respondents

No: 24-1376

NCTA-The Internet & Television Association and ACA Connects - America's Communications Association

Petitioners

v.

Federal Communications Commission and United States of America

Respondents

No: 24-1378

USTelecom - The Broadband Association and Cellular Telecommunications Industry Association, The Wireless Association

Petitioners

v.

Federal Communications Commission and United States of America

Respondents

No: 24-1411

Wireless Infrastructure Association, et al.

Petitioners

v.

Federal Communications Commission and United States of America

Respondents

No: 24-1444

Wireless Internet Service Providers Association, also known as WISPA

Petitioner

v.

Federal Communications Commission and United States of America

Respondents

No: 24-1509

National Multifamily Housing Council, Inc.

Petitioner

v.

Federal Communications Commission and United States of America

Respondents

---

Petition for Review of an Order of the Federal Communications Commission
(22-69)
(23-100: 22-69)
(23-100)
(23-100)
(23-100)
(23-100)
(23-1100)

## ORDER

The Motion of Industry Petitioners for Expedited Briefing and Oral Argument in these sixteen consolidated cases is denied. The unopposed motions of the Public-Interest Petitioners to intervene in Case Nos. 24-1179, 24-1183, 24-1301, 24-1304, 24-1309, 24-1315, 24-1354, 24-1362, 24-1364, 24-1376, 24-1378, 24-1411, 24-1444, and 24-1509 are granted.

March 20, 2024

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans